## DON McCULLAGH, INC., *v.* MICHIGAN, DEPARTMENT OF REVENUE.

No. 756.   Decided April 27, 1959.

*Anthony A. Vermeulen* for appellant.

*Paul L. Adams,* Attorney General of Michigan, *Samuel J. Torina,* Solicitor General, and *William D. Dexter,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.